UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES SERIES 2006-AC1,<br><br>       Plaintiff(s),<br><br> v.<br><br>SFR INVESTMENTS POOL I, LLC,<br><br>       Defendant(s). | Case No. 2:15-CV-1527 JCM (NJHK)<br><br>ORDER |

   Presently before the court is a notice of demand for security of costs filed by defendant SFR Investments Pool 1, LLC ("defendant"). (Doc. # 8). Plaintiff U.S. Bank, N.A., ("plaintiff") filed a response. (Doc. # 9). Defendants did not file a reply, and the deadline to reply has now passed.

   Defendant asks that plaintiff be required to file security of costs in the amount of $500.00 pursuant to NRS 18.130(1) because plaintiff is a non-resident of Nevada. (Doc. # 8).

   In response, plaintiff alleges that it attempted to deposit the $500.00 security but the clerk would not accept it without a court order. Plaintiff further claims that the parties were preparing a stipulation and order to file with this court.

   The Ninth Circuit recognizes that "federal district courts have inherent power to require plaintiffs to post security for costs." *Simulnet E. Assocs. v. Ramada Hotel Operating Co.*, 37 F.3d 573, 574 (9th Cir. 1994). A federal district court typically follows the forum state's practice regarding security of costs, particularly when a party is a non-resident. *See, e.g.*, 10 Charles Alan

**James C. Mahan**
**U.S. District Judge**

1  Wright & Arthur R. Miller, Federal Practice and Procedure § 2671 (3d ed. 1998). Nevada Revised
2  Statute 18.130 provides that the court may require an out-of-state plaintiff to post a security for
3  costs in an amount up to $500.00 upon request by a defendant. Nev. Rev. Stat. 18.130.
4      This court has yet to receive a stipulation from the parties, but nonetheless finds it
5  appropriate to order security of costs in this matter.
6      Accordingly,
7      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion
8  demanding security of costs, (doc. # 8), be, and the same hereby is, GRANTED.
9      IT IS FURTHER ORDERED that plaintiff shall post security bonds in the amount of
10 $500.00 within seven days of the entry of this order.
11     DATED December 7, 2015.

                                            /s/ James C. Mahan
                                           UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -