Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: ajacobs@swlaw.com
            wklomp@swlaw.com
*Attorneys for Cross-Defendant Mortgage Electronic
Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association,<br><br>                    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Domestic Limited Liability Company,<br><br>                    Defendant. | Case No. 2:15-cv-01527-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(Second Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company,<br><br>                    Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a | |

*Snell & Wilmer*
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada  89501
775.785.5440

4836-3139-1301

national association; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., a Delaware corporation, as nominee for
UNIVERSAL AMERICAN MORTGAGE
COMPANY, LLC, a Florida limited liability
company, its successors and assigns, and
VICHEARITH KHUON, an individual,

Counter/Cross Defendants.

Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between Counter-Defendant, Mortgage Electronic Registration Systems, Inc. ("MERS"), Defendant and Counter-Claimant SFR Investments Pool 1, LLC ("SFR"), and U.S. Bank, N.A., not Individually but Solely as Trustee for the Holders of the Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset Backed Certificates, Series 2006-AC1 ("U.S. Bank" and together with MERS and SFR, the "Parties"), by and through their counsel, as follows:

MERS filed a Motion to Dismiss SFR's Counterclaims on August 24, 2016 (ECF No. 34) with U.S. Bank joining the Motion to Dismiss on September 6, 2016 (ECF No. 39). Following a temporary stay of the litigation, the Parties agreed to a briefing schedule on MERS Motion to Dismiss in the Proposed Discovery Plan and Scheduling Order (ECF No. 42), setting March 21, 2017 as the time for MERS and U.S. Bank to reply in support of the Motion to Dismiss. The Court granted the Discovery Plan and Scheduling Order on February 8, 2017 (ECF No. 43).

SFR filed its Response to the Motion to Dismiss (ECF No. 45), Response to Joinder (ECF No. 46), and filed a Motion for Partial Summary Judgment (ECF No. 44) on March 7, 2017. Wells Fargo's response to the Motion for Partial Summary Judgment is currently due March 28, 2017.

The issues contained in SFR's Response and Partial Motion for Summary Judgment overlap. Based upon the similarity of the briefing the Parties stipulate, agree, and request the Court enter an order providing that MERS reply in support of its Motion to Dismiss, U.S. Bank's reply in support of the joinder to the motion to dismiss, and response to SFR's Partial Motion for Summary shall be due on the same date, **March 28, 2017**.

This is the Parties' second request for an extension of time in which to file the replies in support of the Motion to Dismiss, and is not intended to cause any delay or prejudice to any party.

4836-3139-1301

1   The Parties hereto agree to an extension in good faith due to the similarity of the issues in the

2   Motion to Dismiss (ECF No. 34) and the Motion for Partial Summary Judgment (ECF No. 44).

3   Additionally, the request is made in light of the litigation work load of the Parties, the excessive

4   number of litigation matters currently in process for the Parties, and in order to provide time for

5   the Parties to brief the issues relevant to this litigation which are constantly changing due to the

6   high number of similar cases.

7

8   DATED this 16th day of March, 2017.              DATED this 16th day of March, 2017.

9   WRIGHT, FINLAY, & ZAK, LLP                       SNELL & WILMER L.L.P.

10  By:  _/s/ Christopher A.J. Swift_____        By:  _/s/ Wayne Klomp_____
        Edgar C. Smith, Esq.                             Andrew M. Jacobs, Esq.
11      Nevada Bar No. 5506                              Nevada Bar No. 12787
        Christopher A.J. Swift, Esq.                     Wayne Klomp, Esq.
12      Nevada Bar No. 11291                             Nevada Bar No. 10109
        7785 W. Sahara Ave., Suite 200                   50 West Liberty Street, Suite 510
13      Las Vegas, Nevada 89117                          Reno, Nevada  89501
14      *Attorneys for U.S. Bank, N.A.*                  *Attorneys for Mortgage Electronic Registration*
                                                         *Systems, Inc.*
15  DATED this 16th day of March, 2017.

16  KIM GILBERT EBRON

17
    By:  _/s/ Diana Cline Ebron_____
18      Diana Cline Ebron, Esq.
        Nevada Bar No. 10580
19      7625 Dean Martin Drive, Suite 110
        Las Vegas, Nevada  89139
20      *Attorneys for SFR Investments Pool 1, LLC*

21

22

23

24      **IT IS SO ORDERED**.

25

26      _____
        UNITED STATES DISTRICT JUDGE
27
        DATED: March 17, 2017
28              _____

4836-3139-1301

1

### CERTIFICATE OF SERVICE

2      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of

3 Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.

4 Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

5

6      DATED: March 16, 2017

7                                          _/s/ Lara Taylor_
                                      Lara Taylor, Employee of Snell & Wilmer L.L.P.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4836-3139-1301

- 4 -