WRIGHT, FINLAY & ZAK, LLP
Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
E. Daniel Kidd, Esq.
Nevada Bar No. 10106
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dkidd@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank N.A., as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET-BACKED CERTIFICATES, SERIES 2006-AC1, a national association,<br><br>        Plaintiff,<br>vs.<br>SFR INVESTMENTS POOL I, LLC, a Domestic Limited Liability Company,<br><br>        Defendant.<br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company,<br><br>        Counter/Cross-Claimant,<br>vs.<br><br>U.S. BANK N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, as nominee for UNIVERSAL AMERICAN MORTGAGE | Case No.: 2:15-cv-01527-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**[SECOND REQUEST]** |

COMPANY, LLC, a Florida Limited Liability Company, its successors and assigns; and VICHEARITH KHUON, an individual,

Counter/Cross-Defendants.

COMES NOW, Plaintiff, U.S. Bank N.A., as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 ("U.S. Bank"), by and through its counsel of record, SFR Investments Pool 1, LLC, by and through its counsel of record, and Mortgage Electronic Registration Systems, by and through its counsel of record, hereby stipulates as follows:

**A.  Discovery completed.**

The Parties have made disclosures of witnesses and documents pursuant to Fed. R. Civ. P. 26. The depositions of SFR Investment Pool 1, LLC, the HOA, and U.S. Bank have been conducted. The HOA and the HOA Trustee have produced documents pursuant to a subpoena duces tecum.

**B.  Discovery that remains to be completed.**

The deposition of the HOA Trustee has been noticed for January 25, 2018.

**C.  Reasons why the deadline was not satisfied.**

The deposition of the HOA Trustee has been re-noticed various times to accommodate the scheduling issues. The deposition is currently scheduled for January 25, 2018. The Court has already entered an order allowing the deposition of the HOA Trustee after the discovery deadline. See ECF No. 73. The current deadline for dispositive motions is set for January 22, 2018. Because the deposition of the HOA Trustee will not occur until January 25, 2018, it is necessary for an extension on the dispositive motion deadline. The parties hereby stipulate and agree that there is good cause for the extension and that the deadline be moved to February 5, 2018.

//

//

//

**D. There is good cause to extend the discovery deadlines.**

LR 26-4 provides in pertinent part:

> A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

Here, the instant Stipulation has been filed before the dispositive motion deadline, but within 21 days of said deadline. However, there is good cause to extend the deadline because the parties have had to re-notice the deposition of the HOA Trustee multiple times to accommodate scheduling issues, and the deposition is currently scheduled for January 25, 2018, which is after the dispositive motion deadline. Therefore, there is good cause to extend the dispositive motion deadline to February 5, 2018.

**E. Proposed schedule for completing remaining discovery.**

The parties propose that the scheduling deadlines be modified as follows:

- Dispositive motions: **February 5, 2018**.

**IT IS SO STIPULATED.**

Dated this 19th day of January, 2018        Dated this 19th day of January, 2018

WRIGHT, FINLAY & ZAK, LLP        KIM BILBERT EBRON

*/s/ E. Daniel Kidd*        */s/ Diana S. Ebron*

_____    _____

Dana Jonathan Nitz, Esq.
Nevada Bar No. 0050
E. Daniel Kidd, Esq.
Nevada Bar No. 10106
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for U.S. Bank N.A., as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1*

Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investment Pools 1, LLC*

Dated this 19th day of January, 2018

SNELL & WILMER L.L.P.

*/s/ Wayne Klomp*
_____
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Mortgage Electronic Registration Systems, Inc.*

## ORDER

Based on the foregoing Stipulation, and good cause appearing thereof, the Court hereby orders that the dispositive motion deadline is extended to February 5, 2018.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated  January 23, 2018  _____