DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Domestic Limited Liability Company, <br><br> Defendant. | Case No. 2:15-cv-01527-JCM-CWH <br><br> **STIPULATION AND ORDER TO DISMISS SFR INVESMENTS POOL 1, LLC'S SLANDER OF TITLE CLAIM** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee for UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida limited liability company, its successors and assigns; and VICHEARITH KHUON, an individual, <br><br> Counter-Defendant/Cross-Defendant. | |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Defendant/Counterclaimant/Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("SFR"), and Plaintiff/Cross-Defendant U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1 ("U.S. Bank"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The subject property is located at 2830 Bridleton Avenue, North Las Vegas, NV 89081 and bears Assessor's Parcel No. 124-25-211-023.

2. SFR and U.S. Bank hereby stipulate and agree that SFR's Third Claim for Relief for Slander of Title against U.S. Bank shall be dismissed without prejudice with each party to bear its own fees and costs.

| Dated this  31st  day of January, 2018. | Dated this  31st  day of January, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **WRIGHT, FINLAY & ZAK, LLP** |
| */s/Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada  89139<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ E. Daniel Kidd*<br>DANA JONATHAN NITZ, ESQ.<br>Nevada Bar No. 0050<br>E. DANIEL KIDD, ESQ.<br>Nevada Bar No. 10106<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank N.A., as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2018
_____

- 2 -