Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: ajacobs@swlaw.com
        wklomp@swlaw.com
*Attorneys for Cross-Defendant Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association, <br><br>          Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Domestic Limited Liability Company, <br><br>          Defendant. | Case No. 2:15-cv-01527-JCM-NJK <br><br> **STIPULATION AND ORDER TO DISMISS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company, <br><br>          Counter/Cross Claimant, <br><br> vs. <br><br> U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

national association; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., a Delaware corporation, as nominee for
UNIVERSAL AMERICAN MORTGAGE
COMPANY, LLC, a Florida limited liability
company, its successors and assigns, and
VICHEARITH KHUON, an individual,

Counter/Cross Defendants.

## STIPULATION TO DISMISS

Cross-Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") together with Defendant/Cross-Claimant SFR Investments Pool 1, LLC's ("SFR") stipulate and agree as follows:

This litigation was initiated by Plaintiff U.S. Bank, N.A., not Individually But Solely as Trustee for the Holders of the Bear Stearns Asset Backed Securities I Trust 2006-AC1, Asset Backed Certificates, Series 2006-AC1 ("US Bank") against SFR as the Defendant.  On July 7, 2016, SFR asserted counter-claims against US Bank and cross-claims against MERS in its Answer to Complaint, Counterclaim and Cross-Claim (ECF No. 23).  In response to the Cross-Claim, MERS responded with an Answer and Counterclaim (ECF No. 62) against SFR and other entities which have not appeared in this litigation.

///
///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

- 2 -

MERS and SFR agree to dismiss SFR's Cross-Claims against MERS and MERS' Counterclaim. SFR's existing claims against US Bank shall not be affected. MERS Counter-Claim (ECF No. 62) shall be dismissed in its entirety. Dismissal of the Counterclaim and Cross-Claim shall be with prejudice, each party to bear their own costs and fees.

Dated: February 26, 2018.

SNELL & WILMER L.L.P.

By:   /s/ Wayne Klomp
    Andrew M. Jacobs, Esq.
    Nevada Bar No. 12787
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada  89501
*Attorneys for Mortgage Electronic Registration Systems, Inc.*

Dated:  February 26, 2018.

KIM GILBERT EBRON

By:   /s/ Diana S. Ebron
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada  89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  February 28, 2018   _____

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: February 26, 2018.

_/s/ Lara J. Taylor_

Lara Taylor, Employee of Snell & Wilmer L.L.P.