DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Domestic Limited Liability Company,<br><br>Defendants. | Case No. 2:15-cv-01527-JCM-CWH<br><br>**STIPULATION AND ORDER SETTING ASIDE CLERK'S DEFAULT**<br><br>**-AND-**<br><br>**STIPULATION AND ORDER DISMISSING VICHEARITH KHUON WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee for | |

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida limited liability company, its successors and assigns; and VICHEARITH KHUON, an individual,

Counter/Cross Defendant.

SFR Investments Pool 1, LLC ("SFR") and Cross-Defendant VICHEARITH KHUON ("KHUON") stipulate and agree that the Clerk's Default [ECF No. 76] entered on January 24, 2018 is hereby set aside.

Khuon stipulates and agrees that he no longer has any interest, ownership or otherwise, in the real property commonly known as **2830 Bridleton Avenue, North Las Vegas, NV 89081; Parcel No. 124-25-211-023** ("Property"). Khuon has been informed that the Property was sold on September 12, 2012 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"), agent for Azure Manor/Rancho de Paz Homeowners Association ("the Association"). Khuon further stipulates and agrees that he will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201209240001108 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and Khuon stipulate and agree that Khuon shall be dismissed from this action with prejudice, each party to bear their own fees and costs.

| Dated this 1st day of March, 2018. | Dated this 1st day of March, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **MCDONALD LAW GROUP, LLC** |
| */s/ Diana S. Ebron*_____<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax:     (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Rena McDonald*_____<br>RENA MCDONALD, ESQ.<br>Nevada Bar No. 8852<br>1013 Whitney Ranch Dr., #140<br>Henderson, NV 89014<br>Phone: (702) 448-4962<br>Fax:     (702) 448-5011<br>*Attorneys for Cross-Defendant*<br>VICHEARITH KHUON |

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

1    ORDERED that the Clerk's Default [ECF No. 76] entered against VICHEARITH KHUON on
2    January 24, 2018 is hereby set aside;

3       IT IS FURTHER ORDERED that Cross-Defendant VICHEARITH KHUON shall be
4    dismissed from this action with prejudice, each party to bear their own fees and costs.

6    DATED March 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

 */s/Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -