DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET BACKED CERTIFICATES, SERIES 2006-AC1, a national association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Domestic Limited Liability Company,<br><br>Defendant.<br><br>ALL RELATED CLAIMS | Case No. 2:15-cv-01527-JCM-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

SFR Investments Pool 1, LLC ("SFR") and U.S. Bank, N.A. ("Bank") hereby stipulate and agree as follows:

1. Bank filed its Motion for Reconsideration of Order Denying U.S. Bank's Motion for Summary Judgment on October 24, 2018. ECF No. 98.

2. SFR's Response to Bank's Motion to Reconsider is currently due November 7, 2018.

…

…

…

- 1 -

3. The parties agree to extend SFR's Response deadline to November 9, 2018.

The request is made to allow SFR sufficient time to adequately prepare the Response. This is SFR's first request for an extension of this deadline and is not made to cause delay or prejudice any party.

DATED this __7th__ day of November, 2018.

| | |
|---|---|
| **KIM GILBERT EBRON** | **WRIGHT FINLAY & ZAK LLP** |
| */s/ Jason G. Martinez*_____ | */s/ Lindsay D. Robbins*_____ |
| DIANA S. EBRON, ESQ. | CHRISTOPHER A.J. SWIFT, ESQ. |
| Nevada Bar No. 10580 | Nevada Bar No. 11291 |
| JACQUELINE A. GILBERT, ESQ. | LINDSAY D. ROBBINS, ESQ. |
| Nevada Bar No. 10593 | Nevada Bar No. 13474 |
| KAREN L. HANKS, ESQ. | 7785 W. Sahara Avenue, Suite 200 |
| Nevada Bar No. 9578 | Las Vegas, Nevada 89117 |
| JASON G. MARTINEZ, ESQ. | *Attorney for U.S. Bank, N.A.* |
| Nevada Bar No. 13375 | |
| 7625 Dean Martin Drive, Suite 110 | |
| Las Vegas, Nevada 89139-5974 | |
| *Attorney for SFR Investments Pool 1, LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 9, 2018

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301