| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Christopher A.J. Swift, Esq.<br>Nevada Bar No. 11291<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>lrobbins@wrightlegal.net<br>*Attorneys for Plaintiff, U.S. Bank N.A., as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1, ASSET-BACKED CERTIFICATES, SERIES 2006-AC1, a national association,<br><br>        Plaintiff,<br><br>  vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Domestic Limited Liability Company,<br><br>        Defendant. | Case No.:  2:15-cv-01527-JCM-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S OPPOSITION TO MOTION FOR RECONSIDERATION** |
| ALL RELATED CLAIMS | |

      U.S. Bank N.A., as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1 ("U.S. Bank") and SFR Investments Pool I, LLC ("SFR") hereby stipulate and agree as follows:

      U.S. Bank filed its Motion for Reconsideration of Order Denying U.S. Bank's Motion for Summary Judgment ("Motion") on October 24, 2018 [ECF No. 98]. SFR filed its Opposition to U.S. Bank's Motion on November 9, 2018 [ECF No. 101]. In order to provide U.S. Bank sufficient time to adequately prepare its response, the parties stipulate and agree to extend the deadline for U.S. Bank to file its response from November 16, 2018 to November 21, 2018.

This is U.S. Bank's first request for an extension of this deadline and is not made to cause delay or prejudice to any party.

Dated this 15th day of November, 2018

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for U.S. Bank N.A., as Trustee for the Certificateholders of Bear Stearns Asset-Backed Securities I Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1*

Dated this 15th day of November, 2018

KIM GILBERT EBRON

*/s/ Jason G. Martinez, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jason G. Martinez, Esq.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investment Pools 1, LLC*

## ORDER

Based on the foregoing Stipulation, and good cause appearing thereof, the Court hereby orders that the deadline for U.S. Bank to file its Response to SFR's Opposition to the Motion for Reconsideration is extended to November 21, 2018.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated   November 16, 2018